No. 329. RUSSELL ET AL. *v.* TODD ET AL. October 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted, limited to the question of the application of the New York statute of limitations. *Messrs. Ralph M. Carson* and *Samuel A. Pleasants* for petitioners. *Mr. George A. Spiegelberg* for respondents.

No. 342. AMALGAMATED UTILITY WORKERS *v.* CONSOLIDATED EDISON CO., INC., ET AL. October 16, 1939. On consideration of the suggestion of a diminution of the record and motion for a writ of certiorari in that relation, the motion for a writ of certiorari is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit is also granted. *Mr. Louis B. Boudin* for petitioner. *Mr. William L. Ransom* for respondents. *Messrs. Isaac Lobe Straus* and *Claude A. Hope* for International Brotherhood of Electrical Workers et al., respondents.

No. 195. CHAMBERS ET AL. *v.* FLORIDA. October 23, 1939. Motion for leave to proceed *in forma pauperis,* and petition for writ of certiorari to the Supreme Court of Florida, granted. *Mr. Leon Ransom* for petitioners. *Messrs. George Couper Gibbs,* Attorney General of Florida, and *Tyrus A. Norwood,* Assistant Attorney General, for respondent.